**Mark WEEMS, Appellant,**

v.

**Anthony TIMBERLANDS, Appellee.**

**No. 04–2031.**

United States Court of Appeals,
Eighth Circuit.

Submitted March 7, 2005.

Decided March 11, 2005.

Mark Weems, Arkadelphia, AR, pro se.

Michael J. Dennis, Bridges & Young, Pine Bluff, AR, for Defendant–Appellee.

Before MELLOY, McMILLIAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Mark Weems appeals the district court's[1] adverse judgment entered after trial on his Family Medical Leave Act and Americans with Disabilities Act claims, but he did not furnish a trial transcript. *See* Fed. R.App. P. 10(b)(1)-(2) (appellant's duty to order transcript). Weems complains about issues that are unreviewable without a transcript. *See Schmid v. United Bhd. of Carpenters & Joiners*, 827 F.2d 384, 386 (8th Cir.1987) (per curiam) (appellant's failure to provide complete transcript makes it impossible to review sufficiency of evidence presented at trial), *cert.*

---

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

1. The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

*denied,* 484 U.S. 1071, 108 S.Ct. 1041, 98 L.Ed.2d 1004 (1988).

Because there are no grounds presented for reversal, we affirm. *See* 8th Cir. R. 47B.